IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 99-49-BR |
| Plaintiff, | ORDER |
| v. | |
| PAUL TIMMINS, | |
| Defendant. | |

**KARIN J. IMMERGUT**
United States Attorney
**STEPHEN F. PEIFER**
Assistant United States Attorney
1000 S.W. Third, Suite 600
Portland, OR 97204
(503) 727-1012

        Attorneys for Plaintiff

**WILLIAM S. LABAHN**
132 East Broadway, Suite 331
Eugene, OR 97401
(541) 344-7004

        Attorney for Defendant

1 - ORDER

**BROWN, Judge.**

In its Opinion and Order issued May 23, 2005, this Court authorized the Bureau of Prisons (BOP) to administer to Defendant Timmins the antipsychotic medication haloperidol by injection under certain conditions and with certain restrictions. In that Order, however, the Court inadvertently failed to authorize the Bureau of Prisons to follow the standard practice for initiating any treatment with haloperidol injections to include a trial period beginning with short-acting haloperidol given once daily for three-to-five days for the purpose of ensuring Defendant Timmins does not have an adverse reaction to haloperidol. If Defendant Timmins refuses oral medication, the Court hereby authorizes the BOP to follow this standard practice for initiating treatment with haloperidol injections.

The Court's Opinion and Order issued May 23, 2005, remains in effect with the above modification.

IT IS SO ORDERED.

DATED this 13th day of June, 2005.

*Anna J. Brown*
ANNA J. BROWN
United States District Judge